IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| ALABAMA ONE CREDIT UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 7:16-cv-01382-LSC |
| PAUL TOPPINS, et al., | ) ) ) | |
| Defendants. | ) ) | |

## Order

In accordance with the Memorandum of Opinion entered contemporaneously herewith (Doc. 31), the above-styled matter is hereby REMANDED to the Circuit Court of Tuscaloosa County, Alabama, for further consideration. The Clerk is DIRECTED to mail a copy of this Order and the accompanying Memorandum of Opinion to the clerk of that court.

**DONE** AND **ORDERED** ON May 26, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289